CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Number 07-060-2 (JR) |
| ) | |
| VINCENT GALES ) | |
| ) | Category  B |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>September 5, 2007</u> from <u>Judge James Robertson</u> to <u>The Calendar Committee</u> by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Robertson</u> & Courtroom Deputy
    Liaison, Calendar and Case Management Committee
    Criminal Case Processing Clerk ✓
    U.S. Attorney—Judiciary Square Building, Room 5133
    Statistical Clerk