# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | **DOCKET NO:** 07-060-02 | **MAGIS. NO:** |
| V. | **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED** | |
| DA'REESE S. MCCULLOUGH | Vinson Gales | **FILED** SEP 2 1 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| **DOB:**     **PDID:** | | |
| **WARRANT ISSUED ON THE BASIS OF:** INDICTMENT | **DISTRICT OF ARREST** | |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE;

USING, CARRYING AND POSSESSING A FIREARM DURING A DRUG TRAFFICKING OFFENSE;

AIDING AND ABETTING

**IN VIOLATION OF:**     **UNITED STATES CODE TITLE & SECTION:**

21:841(a)(1) and 841(b)(1)(B)(iii); 18:924(c)(1); and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| **ORDERED BY:** MAGISTRATE JUDGE FACCIOLA | **SIGNATURE (JUDGE/MAGISTRATE JUDGE)** MAGISTRATE JUDGE JOHN FACCIOLA | **DATE ISSUED:** 3/15/07 |
| **CLERK OF COURT:** Nancy Mayer-Whittington | **BY DEPUTY CLERK** | **DATE:** 3/15/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 3/15/07 | NAME AND TITLE OF ARRESTING OFFICER Stephanie Owens S. Owens DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 9/21/07 | | |
| HIDTA CASE: Yes   No X | | OCDETF CASE:   Yes   No X |