UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Cr. # 07-060-02 (JR) |
| | ) | |
| **VINSON GALES** | ) | |
| _____ | ) | |

<u>**NOTICE OF APPEARANCE**</u>

The undersigned hereby enters her appearance as court-appointed counsel for defendant Vinson Gales.

Respectfully submitted,

_____/s/_____
Elise Haldane #242826
303 E Street, NE
Washington, DC 20002
202/659-8700