CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal Number 07-060-2 (JR) |
| ) | |
| ) | Category B |
| ) | |
| VINCENT GALES ) | |
| ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on September 24, 2007 from The Calendar Committee to Judge James Robertson by direction of the Calendar Committee.

(Defendant is no longer a fugitive.)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:    Judge Robertson & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Criminal Case Processing Clerk
       U.S. Attorney—Judiciary Square Building, Room 5133
       Statistical Clerk