IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| **v.** | : | **Criminal No.: 07-060 (JR)** |
| **VINCENT GALES** | : | |

DEFENDANT'S MOTION TO CONTINUE STATUS HEARING

Vincent Gales, through undersigned counsel, respectfully moves this Court, to continue the status hearing in this case. In support of this motion counsel states the following:

1. A status conference in this case is scheduled for October 25, 2007 at 9:00 a.m.

2. The defendant is currently in Unit 2F of the Washington Hospital Center for a urinary tract infection. The number to the hospital is 202-877-4287.

3. Undersigned counsel has contacted AUSA, Louis Ramos, but was unable to ascertain his position prior to the filing of the instant motion.

WHEREFORE, the defendant requests that this Honorable Court continue the status hearing in the captioned case.

Respectfully submitted,

/s/
_____
Douglas J. Wood
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764

<u>                              CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, this _____ day of _____, 2007 to: AUSA Louis Ramos, Office of the United States Attorney, 555 Fourth Street, NW, Washington, D.C. 20530.

                                                                                   _____/s/_____
                                                                                    Douglas J. Wood

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| v. | : Criminal No.: 07-060 (JR) |
| **VINCENT GALES** | : |

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Motion to Continue, it is this _____ day of _____ 2007, hereby

ORDERED that the Motion is GRANTED and the status hearing currently set for October 25, 2007 is hereby continued to _____.

_____
JUDGE ROBERTSON

cc:  Douglas J. Wood
     Roberts & Wood
     6801 Kenilworth Avenue
     Suite 202
     Riverdale, MD 20737

     AUSA Louis Ramos
     Office of the United States Attorney
     555 Fourth Street, NW
     Washington, D.C. 20530