IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | Criminal No.: 07-060 (JR) |
| | : | |
| | : | |
| **VINCENT GALES** | : | |

<u>LINE ENTERING APPEARANCE</u>

Please enter the appearance of Nikki Lotze, and the law firm of Roberts & Wood, for defendant Vincent Gales.

                                                           Respectfully submitted,

                                        _____/s/_____
                                        Nikki Lotze, #447-881
                                        Roberts & Wood
                                        6801 Kenilworth Avenue, Suite 202
                                        Riverdale, MD 20737
                                        (301) 699-0764

<u>CERTIFICATE OF SERVICE</u>

        I hereby certify that a copy of the foregoing was mailed, postage prepaid, this _____ day of _____, 2007 to: Office of the United States Attorney, 555 Fourth Street, NW, Washington, D.C. 20530

                                        _____/s/_____
                                          Nikki Lotze