IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES              :

v.                         :      Criminal No.: 07-060 (JR)

VINCENT GALES              :

ORDER

UPON CONSIDERATION of the Defendant's Motion to Continue, it is this _24th_ day of _October_ 2007, hereby

ORDERED that the Motion is GRANTED and the status hearing currently set for October 25, 2007 is hereby continued to _a date and time to be set by the Clerk_.

_____
JAMES ROBERTSON
United States District Judge

cc:   Douglas J. Wood
      Roberts & Wood
      6801 Kenilworth Avenue
      Suite 202
      Riverdale, MD 20737

      AUSA Louis Ramos
      Office of the United States Attorney
      555 Fourth Street, NW
      Washington, D.C. 20530