CO-526
(12/86)

FILED

DEC 20 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         )
                                 )
                                 )
            vs.                  )   Criminal No. 07-60(JR)
                                 )
                                 )
Vinson Gales                     )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
              Defendant

_____
     Counsel for defendant

I consent:

_____
     United States Attorney

Approved:

_____
              Judge