## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal Case No. 07-0060(JR)** |
| | : | |
| | : | |
| **VINSON GALES** | : | |

**FILED**

DEC 2 0 2007

Clerk, U.S. District and
Bankruptcy Courts

### STATEMENT OF FACTS

The parties in this case, the United States of America and the defendant, VINSON GALES, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that there exists probable cause that the defendant committed the offenses to which he is pleading guilty.

1.    On or about February 15, 2007 at approximately 8:44 a.m., officers of the Metropolitan Police Department Sixth District Warrant Squad responded to 5101 Call Place, SE, Apt. #1 because they had reason to believe that Perry Morton Kendu, an individual with an outstanding Superior Court arrest warrant for assault with intent to kill, was hiding in that apartment. Sgt. Calhoun knocked on the door and advised the defendant and his girlfriend and co-defendant, Da'Reese McCullough, that she was looking for Mr. Kendu and that there was a warrant for his arrest. Ms. McCullough stated that only she and the defendant were present in the apartment, and invited the members of the warrant squad into her apartment to check. Ms. McCullough also confirmed that she knew Mr. Kendu and that she had seen Mr. Kendu "hanging out" outside of her apartment building the day before.

2.    Once inside the apartment, the Sgt. Calhoun and other officers observed one green

zip containing a white rock-like substance on the living room coffee table.  Sgt. Calhoun asked Ms. McCullough if she and the defendant would consent to a search of her apartment, and the defendant and Ms. McCullough agreed to allow the officers to search the apartment and signed a written consent to search form.  The officers searched the defendant's apartment and in the bedroom they found (a) one green ziploc bag containing a white rock-like substance on a bedside tray table, (b) a clear plastic bag containing white rock-like substance in the bedroom, (c) a clear plastic bag containing multiple empty green zips on top of the bedroom dresser,  and (d) a small digital scale and a clear plastic bag that contained a white rock substance in the second drawer of the bedroom dresser.  The officers also searched the bedroom closet, where they found a Ruger P94 9mm semi-automatic handgun with an extended magazine containing 21 rounds of 9mm ammunition, secreted inside of a vacuum cleaner's dust compartment.

3.    All of the suspected narcotics was sent to the DEA Mid-Atlantic lab for analysis.  The DEA found all of the white rock-like substances found in the apartment to be cocaine base, also known as crack cocaine weighing a total of 46.23 grams.

4.      The defendant lived in 5101 Call Place, SE, Apt. #1 with Ms. McCullough, and the

crack cocaine found in the apartment belonged to the defendant.


LOUIS RAMOS
Assistant United States Attorney


NIKKI LOTZE, Esquire
Attorney for Defendant


VINSON GALES
Defendant


12/20/07
Date


12/20/07
Date