UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-060 (JR) |
| | : | |
| v. | : | |
| | : | |
| **VINSON GALES** | : | |

## GOVERNMENT'S UNOPPOSED MOTION
## TO CONTINUE SENTENCING HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this motion to continue the sentencing hearing in the above captioned case, which is currently scheduled for March 10, 2008 at 9:30 a.m. In support of this motion, the government states as follows:

1. The sentencing hearing in this matter is currently scheduled for March 10, 2008 at 9:30 a.m. The government and the defendant need to discuss some unresolved issues prior to the sentencing hearing. Additionally, the undersigned Assistant United States Attorney has a personal scheduling conflict on March 10, 2008.

2. Defense counsel, Nikki Lotzi, Esq., does not oppose this request.

3. The parties respectfully propose continuing the sentencing hearing to March 31, 2008, if that date is convenient to the Court.

WHEREFORE, it is respectfully requested that this motion be granted, and that the Court continue the sentencing hearing to March 31, 2008, if that date is convenient to the Court.

        Respectfully,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        Bar No. 451-058

        _____/s/_____
By:   LOUIS RAMOS
        ASSISTANT U.S. ATTORNEY
        DC Bar No. 472-176
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 305-2195
        louis.ramos@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-060 (JR) |
| | : | |
| v. | : | |
| | : | |
| **VINSON GALES** | : | |
| | : | |
| _____ | : | |

ORDER

The Court, having considered the government's unopposed motion to for a continuance of the sentencing hearing, and good cause having been shown, it is this \_\_\_\_ day of _____, 2008,

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the sentencing hearing is continued to _____ \_\_\_, 2008, at _____ a.m./p.m.

_____
Judge James Robertson
United States District Court for
the District of Columbia