**FILED**

MAR 0 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-060 (JR) |
| v. | : | |
| VINSON GALES | : | |

ORDER

The Court, having considered the government's unopposed motion to for a continuance of the sentencing hearing, and good cause having been shown, it is this 6th day of March, 2008,

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the sentencing hearing is continued to March 31, 2008, at 9:30 a.m.

_____
, James Robertson
United States District Judge