**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| **v.** | : | **Criminal No.: 07-60-01 (JR)** |
| **VINSON GALES** | : | |

UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Vinson Gales, through undersigned counsel, respectfully moves this Court, to continue the status hearing in this case. In support of this motion counsel states the following:

1.      A status hearing in this case is scheduled for April 11, 2008.

2.      Undersigned counsel has a scheduling conflict on that date.

3.      Counsel has contacted AUSA, Louis Ramos, who indicates he does not oppose the instant motion.

4.      Both counsel are available on May 2, 2008.

WHEREFORE, the defendant requests that this Honorable Court continue the status in the captioned case.

Respectfully submitted,


_____/s/_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764

<u>          CERTIFICATE OF SERVICE</u>

       I hereby certify that a copy of the foregoing was sent via electronic filing, this 8th day of April, 2008 to: Louis Ramos, Office of the United States Attorney, 555 Fourth Street, NW, Washington, D.C. 20530.


_____/s/_____
Nikki Lotze

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**


**UNITED STATES**                               :

**v.**                                          :          **Criminal No.: 07-60-01 (JR)**

**VINSON GALES**                                :

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Motion to Continue Status hearing, it is

this _____ day of _____ 2008, hereby

ORDERED that the Motion is GRANTED and the hearing is rescheduled to May 2,

2008.


_____
JUDGE


cc:    Nikki Lotze
       Roberts & Wood
       6801 Kenilworth Avenue
       Suite 202
       Riverdale, MD 20737

       AUSA Louis Ramos
       Office of the United States Attorney
       555 Fourrth Street, NW
       Washington, D.C. 20530