FILED
APR 10 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Criminal No.: 07-60-01 (JR) |
| VINSON GALES | : |

### ORDER

UPON CONSIDERATION of the Defendant's Motion to Continue Status hearing, it is this 9th day of April 2008, hereby

ORDERED that the Motion is GRANTED and the hearing is rescheduled to May 2, 2008 at 3:00 p.m.

_____
JAMES ROBERTSON
United States District Judge

cc:  Nikki Lotze
     Roberts & Wood
     6801 Kenilworth Avenue
     Suite 202
     Riverdale, MD 20737

     AUSA Louis Ramos
     Office of the United States Attorney
     555 Fourrth Street, NW
     Washington, D.C. 20530