**HONORABLE JAMES ROBERTSON, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>07 CR00060-02</u> |
| --- | --- | --- |
| vs. | : | SSN: |
| Gales, Vincent | : | Disclosure Date: <u>February 7, 2008</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                                                **Date**

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____[signature]_____ 2/25/08
**Defendant**           **Date**               **Defense Counsel**           **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **February 21, 2008**, to U.S. Probation Officer **Patricia Boyd**, telephone number **(202) 565-1392**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Gennine A. Hagar, Chief
     United States Probation Officer

**Receipt and Acknowledgment** Page 2

para. 17. During the presentence interview, Mr. Gales explained that when the police came to their apt on 2/15/07, and knocked on the door, co-D McCullough ran to the LR & came back to the BR with a gun. He reported that Ms McCullough grabbed the cocaine off the dresser top and placed both the cocaine and the gun in the vacuum cleaner bag.

After allowing police into the apartment, police saw some baggies and cocaine crumbs on the LR table, and then asked to search the apt. Ms McCullough signed a consent form and police searched the apt. Sgt. Calhoun came to the BR and asked Mr. Gales "where are the rest of the drugs?" After initially telling Sgt. Calhoun there were no more drugs, Mr. Gales "eventually" came out + told her that the drugs were in the vacuum cleaner.

1 clip
3-4 rds

Paragraphs 12 + 13 — where does this information come from? Police reports? plea proffer? I believe the co-D's statements should be attributed to the source from which they came.

60. The D is safety valve eligible because he did not possess a gun in connection with the drug offense. See, e.g., US v. Nelson 222 F.3d 545 (2000)

Ms. McCullough allowed Kevin to leave his gun in the LR to the apt she shared with Mr. Gales. That is why Ms McCullough was the one to retrieve the gun from the LR + hide it in the vacuum.

Signed by: _____ (Defendant/Defense Attorney/AUSA)

Date: 2/25/08