IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | Case No. 07-cr-60-01 (JR) |
| v. : | |
| : | |
| VINSON GALES : | |

UNOPPOSED MOTION FOR BOND REVIEW

Mr. Gales, through counsel, asks that this Court modify his conditions of release. In support of this motion, counsel states the following:

1. On September 25, 2007, the defendant was released on Pretrial Services Heightened Supervision program, with electric monitoring by this Honorable Court.

2. Since that time, the defendant has been in complete compliance with all release conditions.

3. At this time, Mr. Gales requests that he be permitted to visit family out of town in order to celebrate his birthday. He will be traveling with his mother to visit his aunt, Vanessa Blocker at 224 Reed Drive, Montross, Virginia 22520. He plans to leave on Friday, April 25th and return on Sunday, April 27th. He can return to ordinary conditions on Monday, April 28th.

4. Counsel has spoken with assigned AUSA, Louis Ramos, who has no opposition to this request.

CONCLUSION

For these reasons Mr. Gales asks that the Court modify his conditions of release and relieve the defendant of any curfew, testing, and/or reporting obligations from Friday, April 25, 2008 to Sunday, April 27, 2008.

                    Respectfully submitted,

                    _____/s/_____
                    Nikki Lotze
                    Roberts & Wood
                    6801 Kenilworth Avenue, #202
                    Riverdale, MD 20737
                    (301) 699-0764

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Unopposed Motion for Bond Review has been served via electronic monitoring to AUSA Louis Ramos, Office of the US Attorney, 555 Fourth Street, NW, Washington, D.C. 20530, this 17th day of April 2008.

                    _____/s/_____
                    Nikki Lotze

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | Case No. 07-cr-60-01 (JR) |
| | : | |
| **VINSON GALES** | : | |

PROPOSED ORDER

Upon consideration of the Defendant's Motion for Bond Review good cause having been advanced, it is this _____ day of _____, 2008, hereby

ORDERED that the motion is GRANTED and that the defendant is permitted to travel to Virginia from Friday, April 25, 2008 to Sunday, April 27, 2008 and it is further

ORDERED that the defendant's curfew be suspended from April 25th until April 27th.

_____
Judge

cc:

Nikki Lotze
Roberts & Wood
6801 Kenilworth Ave. #202
Riverdale, MD 20737

Louis Ramos
U.S. Attorney's Office
555 Fourth Street NW
Washington, D.C. 20001