FILED
APR 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Case No. 07-cr-60-03 (JR) |
| VINSON GALES | : | |

ORDER

Upon consideration of the Defendant's Motion for Bond Review good cause having been advanced, it is this ___ day of April, 2008, hereby

ORDERED that the motion is GRANTED and that the defendant is permitted to travel to Virginia from Friday, April 25, 2008 to Sunday, April 27, 2008 and it is further

ORDERED that the defendant's curfew be suspended from April 25th until April 27th.

_____
JAMES ROBERTSON
United States District Judge

cc:

Nikki Lotze
Roberts & Wood
6801 Kenilworth Ave. #202
Riverdale, MD 20737

Louis Ramos
U.S. Attorney's Office
555 Fourth Street NW
Washington, D.C. 20001