Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )    Criminal No.  1:07-cr-60  *JR*
)
VINSON GALES )

## NOTICE OF APPEAL

**FILED**

**MAY 1 5 2008**

Clerk, U.S. District and
Bankruptcy Courts

Name and address of appellant:    Vinson Gales

Name and address of appellant's attorney:    Nikki Lotze
Roberts & Wood
6801 Kenilworth Ave., Suite 202
Riverdale, MD 20737
** NOTE: New counsel to be appointed on appeal

Offense:   PWID 5 grams or more cocaine base

Concise statement of judgment or order, giving date, and any sentence:

May 8, 2008: 60 months confinement followed by 4 years supervised release, following
denial of safety valve treatment.

Name and institution where now confined, if not on bail:   n/a

I, the above named appellant, hereby appeal to the United States Court of Appeals for the
District of Columbia Circuit from the above-stated judgment.

_____5|15|08_____
DATE

_____
APPELLANT

_____
ATTORNEY FOR APPELLANT

Application to proceed ICP [X]

| | |
|---|---|
| GOVT. APPEAL, NO FEE | |
| CJA, NO FEE | |
| PAID USDC FEE | |
| PAID USCA FEE | |

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | | ✓ |
| Has counsel ordered transcripts? | | ✓ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | | ✓ |

*In forma pauperis application forwarded to
the defendant.
Docketing statement not submitted.*